UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Case No. 1:22-mj-00151-GMH |
| | : | |
| | : | |
| **JOHN THOMAS GORDON,** | : | |
| *Defendant.* | : | |

### DEFENDANT'S RESPONSE TO UNITED STATES' MOTION TO CONTINUE SENTENCING MEMORANDUM DEADLINE

Comes now the Defendant, John Thomas Gordon, by and through counsel, Nicholas J. Compton, Assistant Federal Public Defender, and hereby files this Response to the United States' Motion to Continue the Sentencing Memorandum Deadline.  The Defendant does not object to the Government's request to extend its sentencing memorandum deadline to March 6, 2023, so long as the Defendant's sentencing memorandum deadline is likewise continued to March 6, 2023.  Further, the Defendant would have no objection to keeping the memorandum response deadline as currently set for March 8, 2023.

Respectfully submitted,

JOHN THOMAS GORDON
By Counsel

By:  s/ *Nicholas J. Compton*
      Nicholas J. Compton
      Attorney for Defendant
      WV State Bar # 11056

Federal Public Defender Office
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421

## CERTIFICATION OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew J. Tessman, AUSA
Office of the United States Attorney
300 Virginia Street East
Charleston, WV 25301

By:   s/ *Nicholas J. Compton*
Nicholas J. Compton
Attorney for Defendant
WV State Bar # 11056
Federal Public Defender Office
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421